# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **World Wide Stationery Manufacturing Co., Ltd.,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. |
| **Staples, Inc.,** | )<br>) |
| Defendant. | )<br>)<br>) **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff World Wide Stationery Manufacturing Co., Ltd. ("World Wide"), for its Complaint against Defendant Staples, Inc. ("Staples"), alleges as follows:

### Parties To This Lawsuit

1. Plaintiff World Wide is a Hong Kong based corporation with its principal place of business at 19/F., Koon Wah Mirrors Factory, 3rd Industrial Building, 5-9 Ka Hing Rd., Kwai Chung, New Territory, Hong Kong, China.

2. Upon information and belief, Defendant Staples is a Delaware corporation with its principal place of business located at 500 Staples Dr., Framingham, Massachusetts 01702.

### Jurisdiction And Venue

3. This is an action for patent infringement under 35 U.S.C. § 271. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. The Court has personal jurisdiction over Staples because Staples is a Delaware corporation and registered with the State of Delaware to transact business in Delaware.

5. Venue is proper in this judicial district under 28 U.S.C. § 1400(b) because Staples is incorporated in this district.

## Patent-In-Suit

6. On November 5, 2002, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 6,474,897 ("the '897 patent"), entitled "Ring Binder Having Actuating Lever with Cushion Member." A true and accurate copy of the '897 patent is attached as Exhibit A.

7. World Wide is the owner by assignment of the '897 patent and holds all rights to sue for past, present, and future infringement of the '897 patent.

## Factual Allegations Common To All Counts

8. World Wide is one of the world's largest manufacturers of ring metals, which are the mechanical devices used in ring binders. Ring metals are well known, and have been used in ring binders for many years.

9. Conventional ring metals comprise pairs of half-rings that are attached to two hinged leaves, respectively, such that the pivoting of the hinged leaves will open or close the half-rings. The hinged leaves are pivoted by an actuating lever located at the end of the ring metal. These actuating levers are typically formed of stamped metal.

10. The '897 patent pertains to an improved actuating lever for ring binders, whereby a cushion member is formed on the actuating lever, thus providing improved tactile characteristics making the actuating lever more comfortable to use when opening and closing the half-rings.

11. On information and belief, Staples sells 3-ring binders known as Staples® Better® Binders, in various sizes including, but not necessarily limited to: 1 inch binders having

the item number 52766, 1 ½ inch binders having the item number 52775, and 2 inch binders having the item number 52779.

12.     On information and belief, the actuating lever of the Staples® Better® Binder product is covered by a plastic member that wraps around the actuating lever and is formed through an aperture in the actuating lever to securely attach the member to the actuating lever.



13.     Staples has been aware of the '897 patent since at least as early as September 2018, when World Wide notified Staples of the '897 patent and that the Staples® Better® Binders infringed the '897 patent.

14.     On information and belief, Staples has continued to import, offer to sell, and sell the Staples® Better® Binder products within the United States.

### Count I - Infringement of U.S. Patent No. 6,474,897

15.     World Wide incorporates by reference Paragraphs 1 through 14 above, as if fully set forth herein.

16.     World Wide is the assignee and owner of all rights, title and interest in and to the '897 patent.

17. On information and belief, Staples has directly infringed at least claims 1, 2, 3, 4, 11, 12, 13, and 14 of the '897 patent under 35 U.S.C. § 271(a) by importing, offering to sell, and/or selling the Staples® Better® Binder products within the United States. Staples's direct infringement is ongoing.

18. On information and belief, Staples's ongoing infringement is knowing and willful.

19. World Wide is without an adequate remedy at law and will be irreparably harmed if the Court does not enter an order enjoining Staples from infringing the '897 patent.

## Jury Demand

Under Rule 38(b) of the Federal Rules of Civil Procedure, World Wide demands a trial by jury of all issues so triable.

## Prayer for Relief

WHEREFORE, World Wide requests that the Court enter judgment against Defendant Staples and respectfully prays that the Court enter an order:

A. Finding that Defendant Staples has directly infringed U.S. Patent No. 6,474,897 under 35 U.S.C. § 271(a);

B. Finding that Defendant Staples's infringement has been willful;

C. Enjoining Defendant Staples and its respective officers, agents, servants, employees, and attorneys, and all of those persons in active concert or participation with any of them from directly or indirectly infringing any claim of U.S. Patent No. 6,474,897;

D. Awarding compensatory damages to World Wide under 35 U.S.C. § 284;

E. Trebling the damage award under 35 U.S.C. § 284;

F. Awarding World Wide pre-judgment and post-judgment interest;

    G.    Finding this to be an exceptional case under 35 U.S.C. § 285 and awarding World Wide its reasonable attorneys' fees and expenses in this action;

    H.    Awarding World Wide its costs in this action; and

    I.    Awarding such other and further relief as the Court deems just and proper.

Dated: October 12, 2018                        Respectfully submitted,

*/s/ Patricia S Rogowski*
Patricia Smink Rogowski (Del. Bar ID 2632)
Rogowski Law LLC
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE  19809
(302) 893-0048
pat@rogowskilaw.com


Keith A. Rabenberg
John R. Schroeder
Stinson Leonard Street LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863.0800, Fax: 314.345.7600
keith.rabenberg@stinson.com
john.schroeder@stinson.com

*Attorneys for Plaintiff, World Wide Stationery Manufacturing Co., Ltd.*